Michael Adams (#035190)
Michael.Adams@McCarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| April Amstutz, | Case No.: 4:22-cv-00363-JGZ |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Portfolio Recovery Associates, LLC.; Equifax Information Service, LLC; Experian Information Solutions, Inc.; Trans Union, LLC, | |
| Defendants. | |

Plaintiff April Amstutz, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC and TransUnion, LLC ("Defendants"). Plaintiff and Defendants are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Defendants will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Respectfully submitted October 14, 2022

*/s/ Michael D. Adams*
Michael D. Adams
McCarthy Law, PLC

4250 North Drinkwater Blvd, Suite 320<br>
Scottsdale, AZ  85251<br>
Telephone: (602) 456-8900<br>
Fax: (602) 218-4447<br>
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Michael D. Adams*