IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| April Amstutz,<br><br>    Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br>Equifax Information Service, LLC,<br>Experian Information Solutions, Inc.,<br>Trans Union, LLC,<br><br>    Defendants. | No. CV-22-00363-TUC-JGZ<br><br>**ORDER** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and Plaintiff's Notice of Dismissal (Doc. 16), which stated that all parties have now been dismissed,

    **IT IS HEREBY ORDERED** that this matter is hereby dismissed, with each party to bear its own attorneys' fees and costs. The Clerk of Court shall close its file in this action.

    Dated this 22nd day of November, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge